

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS, TEXAS

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**

DEC - 6 2007

CLERK, U.S. DISTRICT COURT
By_____
Deputy

| | | |
|---|---|---|
| Adan Cerrillo-Hernandez | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. _____ |
| | § | |
| Michael Chertoff, Secretary of the | § | |
| Department of Homeland Security, | § | **807 CV 2041 G** |
| and | § | |
| Angela Barrows, District Director, | § | *17293* |
| U.S. Citizenship and | § | |
| Immigration Services, | § | |
| | § | |
| Defendants | | |

## PLAINTIFF'S ORIGINAL COMPLAINT

Adan Cerrillo-Hernandez ("Plaintiff") files this original complaint, and shows:

1.  Plaintiff brings this case against Defendants to review adverse action taken on an Application for Naturalization (the "Application") filed by Plaintiff in accordance with section 316 of the Immigration and Nationality Act (the "Act").[1]  The Application was filed and remains within the jurisdiction of Defendants, who have improperly denied the Application to Plaintiff's detriment.

### JURISDICTION

2.  This Court's jurisdiction over this case is proper under section 310(c) of the Act,[2] 28 U.S.C. §§ 1331 and 1361, and 5 U.S.C. §§ 701 *et seq*.  Relief is requested pursuant to those statutes.

---

[1] Immigration and Nationality Act, 8 U.S.C. § 1427.
[2] *Id.* § 1421(c).

**PLAINTIFF'S ORIGINAL COMPLAINT**                                                        1

**PARTIES**

3.    Plaintiff Adan Cerrillo-Hernandez is a native and citizen of Mexico.  He has resided in the United States as a lawful permanent resident ("LPR") since December 01, 1990.

4.    Defendant Michael Chertoff, Secretary of the Department of Homeland Security, is named in this complaint in his official capacity only.  He is generally charged with enforcement of the Immigration and Nationality Act and is further authorized to delegate such powers and authority to subordinate employees of the Department of Homeland Security.[3] Specifically, the Secretary of Homeland Security is responsible for the adjudication of Applications for Naturalization filed under section 316 of the Act.[4] Citizenship and Immigration Services (the "Service") is the agency within the Department of Homeland Security to whom the Secretary's authority has, in part, been delegated and is subject to the Secretary's supervision.

5.    Defendant Angela Barrows is the Director of the Dallas District Office of the Service.  As the District Director, she is generally charged with supervisory authority over all operations of the Service within her District.[5] She is named in this complaint in her official capacity only.  Defendant District Director is the official who has denied Plaintiff's Application for Naturalization.

**VENUE**

6.    Venue is proper in the Northern District of Texas, in accordance with 28 U.S.C. § 1391(e), in that this is an action against officers and agencies of the United States in their

---

[3] *Id.* § 1103(a).
[4] *Id.* § 1427.
[5] 8 C.F.R. § 103.1(b) (2007).

official capacities, brought in the District where a Defendant resides and where a substantial part of the events or omissions giving rise to Plaintiff's claim occurred.

## EXHAUSTION OF REMEDIES

7.      Plaintiff has exhausted all of his administrative remedies.  Through counsel, Plaintiff has administratively appealed the Service's original denial of his Application for Naturalization, in accordance with section 336 of the Act.[6]

## CAUSE OF ACTION

8.      Plaintiff has been a lawful permanent resident since December 01, 1990.  Fourteen years after becoming a permanent resident, on January 15, 2004, Plaintiff was arrested and later convicted[7] in Athens, Texas  for a violation of section 101.31 of the Texas Alcoholic Beverage Code.[8]    Section 101.31(a) states that "no person in a dry area may manufacture, distill, brew, sell, import into the state, export from the state, transport, distribute, warehouse, store, solicit or take orders for, or possess with intent to sell an alcoholic beverage.[9]   A violation of this section is a class B misdemeanor.[10]   No special intent or purpose is required to be found guilty under this section.[11]

9.      Subsequently, Plaintiff was arrested for possessing alcohol in a dry area and charged with prima facie evidence of intent to sell, in violation of section 101.32 of the Texas

---

[6] 8 U.S.C. § 1421(c).
[7] Plaintiff was convicted on May 20, 2004, ordered to pay a $1,500.00 fine and spend one day in jail. *See* Copy of May 20, 2004 Disposition, attached as Exhibit A.
[8] *See* Copy of January 15, 2004 Athens Police Department Incident Report, attached as Exhibit B.
[9] TEX. ALCO. BEV. CODE ANN. § 101.31(a) (Vernon 2006).
[10] *Id.* § 101.31(b).
[11] *See Leyva v. State,* 635 S.W.29 910, 911 (Tex. App.—Amarillo 1982, writ ref'd) ("[t]ransporting an alcoholic beverage in a dry area is unlawful 'without regard to any special intent or purpose'").

Alcoholic Beverage Code.[12]  Plaintiff was found guilty of this charge on August 31, 2004, ordered to pay a fine and spend one day in jail.[13]

10.   On June 24, 2004, Plaintiff submitted his Application for Naturalization and later attended an interview with the Service on August 01, 2006.[14]  During his interview, the District Adjudications Officer asked Plaintiff about his arrest record, and Plaintiff disclosed his prior arrests.  In response, the officer issued a Request for Evidence, requesting the arrest records and disposition documents for the 2004 incidents.[15]  On January 31, 2007, the Service issued a decision (the "Decision") denying Plaintiff's application for failure to demonstrate good moral character during the statutory period because of the two 2004 convictions.[16]  The Decision stated that Plaintiff's conduct did not represent the actions of the average citizen in the community.[17]

11.   Plaintiff filed a timely administrative appeal of the denial of his Application for Naturalization, in accordance with section 336 of the Act.[18]  The Service interviewed Plaintiff in connection with the administrative appeal on July 24, 2007.[19]  On August 09, 2007, the Dallas District Director denied the appeal.[20]  The Service's denial again stated

---

[12] TEX. ALCO. BEV. CODE ANN. § 101.32 (Vernon 2006).  This offense occurred April 15, 2004.  *See* Copy of August 31, 2004 Disposition, attached as Exhibit C.
[13] *See* Copy of August 31, 2004 Disposition, attached as Exhibit C.
[14] *See* January 31, 2007 Decision, attached as Exhibit D.
[15] *See* Copy of August 01, 2006 Request for Evidence, attached as Exhibit E.
[16] *See* January 31, 2007 Decision, attached as Exhibit D.
[17] *See id.*
[18] 8 U.S.C. § 1447.
[19] *See* Copy of Hearing Notice, attached as Exhibit F.
[20] *See* Copy of August 09, 2007 Decision, attached as Exhibit G.

**PLAINTIFF'S ORIGINAL COMPLAINT**                                                            4

that Plaintiff's criminal record within the statutory period did not represent the conduct of an average citizen in the community.[21]

12.    Plaintiff was and remains eligible for naturalization because at the time of filing his Application for Naturalization:

    (a)    Plaintiff had been lawfully admitted to permanent residence, had resided in the United States for more than the requisite five years, and had met the physical presence requirements for naturalization;

    (b)    Plaintiff is of good moral character during the period for which good moral character is required, *i.e.*, five years preceding the filing of the Application, and is firmly attached to the principles of the United States Constitution; and,

    (c)    The grounds asserted by the Service in support of its denial—that Plaintiff's regulatory offenses show a lack of good moral character—are without foundation.

13.    During the statutorily prescribed period, Plaintiff has certainly satisfied the requirement of good moral character.  While Plaintiff's criminal convictions occurred within the statutory period, these particular offenses do not fall within the enumerated class of offenses that require a finding of a lack of good moral character.[22]  Moreover, these incidents do not fall below the standards of the average citizen in the community of residence.

---

[21] *See* Copy of August 09, 2007 Decision, attached as Exhibit G.
[22] *See* 8 C.F.R. § 316.10(b)(1)–(2) (2007).

PLAINTIFF'S ORIGINAL COMPLAINT                                                                 5

14.     Plaintiff's criminal citations are regulatory violations only and have not been found by
        the Board of Immigration Appeals (the "Board") or any other immigration authorities to
        constitute crimes involving moral turpitude.[23]   Specifically, the Board has adopted
        the approach used by the Ninth Circuit, finding that mere regulatory violations in and of
        themselves do not support a finding that the crime involves moral turpitude.[24]

15.     Accordingly, these acts alone, for instance, would not render an applicant for United
        States residency inadmissible to the United States.  This statutory scheme exists because
        inadmissibility of an alien is important where the conduct is "inherently base, vile, or
        depraved, and contrary to accepted rules of morality and the duties owed between persons
        or to society in general . . . ."[25]   As such, a conviction for possessing alcohol in a dry area
        or other similar regulatory offense is hardly inherently base or vile conduct.  In drawing
        this parallel, such conduct does not suggest that a person lacks good moral character.

16.     Although the Decision states that Plaintiff's actions are not representative of the average
        citizen in the community, other courts hold otherwise.  A California court has held that an
        applicant convicted for a felony violation of the California Alcoholic Beverage Control
        Act within the statutory period is nonetheless eligible for naturalization.[26]   In coming to

---

[23] See, e.g., U.S. v. Smith, 420 F.2d 428 (5th Cir. 1970); Coykendall v. Skrmetta, 22 F.2d 120 (5th Cir. 1927); Matter of G, 7 I&N Dec. 114 (B.I.A. 1956); Matter of J, 2 I&N Dec. 99 (B.I.A. 1944); Matter of H, 1 I&N Dec. 394 (B.I.A. 1943); U.S. ex rel Berlandi v. Reimer, 113 F.2d 429 (2d Cir. 1940); Iorio v. Day, 34 F.2d 920 (2d Cir. 1929).
[24] See L-V-C-, 22 I&N Dec. 594, 603–04 (B.I.A. 1999) (holding that not all violations of regulatory provisions are "inevitably nefarious, inherently fraudulent, or damaging . . . ."). See also Rodriguez v. Campbell, 8 F.2d 983, 984 (5th Cir. 1925) (holding that merely entering or re-entering the United States after being deported does not involve moral turpitude); Matter of Gaglioti, 10 I&N Dec. 719 (B.I.A. 1964) (holding that a conviction for conspiring to establish gaming devices does not involve moral turpitude because the conduct is not inherently base, vile or depraved).
[25] Matter of Franklin, 20 I&N Dec. 867, 868 (B.I.A. 1994).
[26] In re Paoli, 49 F. Supp. 128, 131 (N.D. Cal. 1943).

**PLAINTIFF'S ORIGINAL COMPLAINT**                                                            6

this conclusion, the court stated that the applicant's "violation was not a vicious one or one which necessarily involved moral turpitude; it was purely a statutory crime."[27] Similarly, Plaintiff's criminal convictions are purely statutory crimes and do not reflect adversely upon his moral character.

17.     On each occasion for which Plaintiff was cited in 2004, he had in his possession small quantities of alcohol. Admittedly, this was in violation of the prohibition laws in effect in Henderson County, Texas. At the same time, however, storing or possessing alcohol is not indicative of a lack of good moral character. Without a doubt, Plaintiff's actions do not fall below the standards of the average citizen.

18.     The record reflects that Plaintiff is now, and has during the statutory period, been a person of good moral character:

    (a)     Since becoming a lawful permanent resident seventeen years ago, Plaintiff has had no criminal convictions apart from the two 2004 convictions.

    (b)     Plaintiff has never committed or been charged with any offenses involving violence, threats of violence, controlled substances, or theft. In short, his only criminal offenses involve the two 2004 regulatory offenses.

    (c)     Plaintiff has filed truthful income tax returns for each year he was required to do so; and

    (d)     Many members of the community have attested to Plaintiff's good character, favorable reputation, and positive contributions to the community.[28]

---

[27] *Id.*

[28] *See* Letters of Support, attached as Exhibit H.

19.     Plaintiff's deep and numerous roots in the United States reflect his attachment to the
        United States and his positive disposition toward the good order and happiness of the
        United States as required by section 316(a) of the Act:[29]

        (a)     Plaintiff is a stable, family man;

        (b)     Plaintiff and his wife had eleven children together before his wife's death.  All of
                Plaintiff's children reside in the United States lawfully; and

        (c)     Plaintiff has lawfully resided in the United States since becoming a permanent
                resident in 1990.


20.     In view of the record, the denial of Plaintiff's Application for Naturalization was
        arbitrary, capricious, an abuse of discretion, and inconsistent with the law.  It reflects
        simple recalcitrance, rather than genuine consideration of the Application.  The actions of
        Defendants in this case are substantially unjustified.


                                **REQUEST FOR RELIEF**

        WHEREFORE, in view of the foregoing, Plaintiff respectfully prays that Defendants be

cited to appear, and that upon due consideration, the Court:

        (a)     consider Plaintiff's naturalization application *de novo*, as authorized by section
                310(c) of the Act;[30]

        (b)     enter an order approving Plaintiff's application for naturalization;

        (c)     award Plaintiff reasonable attorneys' fees; and

---

[29] 8 U.S.C. § 1427(a).
[30] 8 U.S.C. § 1421(c).

**PLAINTIFF'S ORIGINAL COMPLAINT**                                                  8

(d)     grant Plaintiff such other relief at law and in equity as justice may require.

Respectfully submitted,

Joseph Reina
State Bar No. 16754550

By: _____

Reina & Bates Immigration Law Group
Joseph Reina
     State Bar No. 16754550
Brian Bates
     State Bar No. 01899600
Lakshmi Nayar
     New York State Bar
Maria E. McIntyre
     State Bar No. 24028417
Lisa Sotelo
     State Bar No. 24046883
Mark McBroom
     State Bar No. 24044558
Aminata Konte
     State Bar No. 24036926
Shelley Jeri
     State Bar No. 24042399
Amanda Ball
     State Bar No. 24047676
Belinda Arroyo
     State Bar No. 24051925
Verime "Summer" Elmazi
     State Bar No. 24042652
Kelly Keckler
     State Bar of Ohio
1120 Empire Central Place
Dallas, Texas 75247
Telephone:  (214) 905-9100
Facsimile:  (214) 905-9510

COUNSEL FOR PLAINTIFF

**PLAINTIFF'S ORIGINAL COMPLAINT**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Plaintiff's Original Complaint was served by certified mail on:

> Honorable Richard B. Roper
> U.S. Attorney, Northern District of Texas
> 1100 Commerce Stree, Suite 300
> Dallas, Texas 75242-1699

and

> Michael Chertoff, Secretary
> Department of Homeland Security
> Mail Stop: 0300
> 245 Murray Lane, SW
> Washington DC 20528-0300

and

> Angela Barrows
> District Director
> Citizenship and Immigration Services
> 8101 North Stemmons Freeway
> Dallas, Texas 75247

and

> Michael B. Mukasey
> Attorney General of the United States
> 10th & Pennsylvania Avenue, NW
> Washington DC 20530

and

> Allen Reid Tilson
> District Counsel
> Citizenship and Immigration Services
> 8101 North Stemmons Freeway
> Dallas, Texas 75247

On this 7th day of December, 2007.

Joseph Reina
Counsel for Plaintiff

**PLAINTIFF'S ORIGINAL COMPLAINT**

10



Adan CERRILLO HERNANDEZ

A# 090 972 240

INDEX

|  | **Exhibits** |
|---|---|
| Copy of May 20, 2004 Disposition | A |
| Copy of January 15, 2004, Athens Police Department Incident Report | B |
| Copy of August 31, 2004, Disposition | C |
| Copy of January 31, 2007, Decision | D |
| Copy of August 01, 2006, Request for Evidence | E |
| Copy of Hearing Notice | F |
| Copy of August 09, 2007, Decision | G |
| Letters of Support | H |



*CAS # 15470*

**VOL**     **PAGE**

**0045**    **290**

CAUSE NO. 04-0677CL

| THE STATE OF TEXAS | HENDERSON COUNTY COURT AT LAW |
|---|---|
| VS. | OF HENDERSON COUNTY, TEXAS |

CERRILLO, ADAN HERNANDEZ

### JUDGMENT OF PLEA OF GUILTY OR NOLO CONTENDERE BEFORE COURT WAIVER OF JURY TRIAL

**DEFENDANT:** CERRILLO, ADAN HERNANDEZ    **DATE OF ENTRY:** May 20, 2004

**JUDGE PRESIDING:** D. MATT LIVINGSTON

**ATTORNEY FOR STATE:** JAMES OWEN/BRENDAN GUY/ JAMES R. PARRISH/ REBECCA VANN

**ATTORNEY FOR DEFENDANT:**

**OFFENSE:** ALCOHOLIC BEVERAGE IN DRY AREA

| | | | |
|---|---|---|---|
| **DATE OF OFFENSE:** | 01/15/04 | **CHARGING INSTR:** | **INFORMATION** |
| **DATE OF ARRAIGNMENT:** | 05/20/04 | **PLEA:** | Guilty |

**PUNISHMENT & PLACE OF CONFINEMENT:** Jail 0 Years 01 Days

| | | | |
|---|---|---|---|
| **DATE OF SENTENCE:** | 05/20/04 | **COSTS:** | $240.00 |

**SENTENCE, AMOUNT OF FINE: $1,500.00**
**SPECIAL CONDITIONS:** SENTENCE TO BEGIN JUNE 21, 2004 AT 5:00 P.M. AND OUT JUNE 21, 2004 AT 7:00 P.M.

**DATE FINE TO BE PAID OR MANNER OF PAYMENT:** 6 Months

**CREDIT ON SENTENCE:**

On this day, set forth above, this cause came for trial and come the State by it's above named attorney, and Defendant appeared in person and by the above named attorney for the Defendant, or, where at Defendant is not Represented by counsel, that the Defendant knowingly, intelligently and voluntarily waived the right to Representation by counsel; and announced ready for trial, the Defendant having been heretofore arraigned, as Shown above, and having agreed that the testimony may be stipulated in this cause and the Defendant, his counsel, and the State's attorney having agreed in writing in open court to waive a jury in the trial of this cause and to submit this cause to the Court, and the Court having agreed the same, the said attorney for the State read the instrument charging the offense as shown, and the Defendant entered the above shown plea thereto; and It appearing to the Court that the Defendant is mentally competent and the plea is free and voluntary, and the Court having duly admonished the Defendant as to the consequences of such plea, including the range of punishment attached to the offense and the fact that any recommendation of the prosecuting attorney as to punishment is not binding on the Court, yet the Defendant persisted in entering such plea, said plea is by the Court received and now entered of record upon the minutes of the Court as the plea herein of said Defendant. And the Court, after having heard all the evidence submitted for the State and the Defendant and argument of counsel is of the opinion and so finds that the said Defendant is guilty of the offense as confessed and set forth above.

IT IS THEREFORE CONSIDERED AND ORDERED BY THE COURT in the presence of the Defendant, that said judgment be and the same is hereby in all things approved and confirmed and that said Defendant is adjudged guilty of the offense set forth above, by the Court ( a jury having been waived in accordance with the law) and that said Defendant is sentenced to a term of imprisonment or fine or both as set forth above, and be delivered by the Sheriff to the Henderson County Jail, State of Texas, or other person legally authorized to receive such convicts for the punishment and execution may issue as necessary.

And the said Defendant is remanded to jail until said Sheriff can obey the directions of this Judgment.

D. Matt Livingston
Judge - County Court at Law

_May 20 2004_
Date Signed

NOTICE OF APPEAL _____

APPEAL WITHDRAWN _____

MANDATE RECEIVED _____          FOR IDENTIFICATION

04-0677CL
Adan Hernandez Cerrillo

_Adan Cerrillo_
SIGNATURE OF DEFENDANT          RIGHT THUMB PRINT

DATE _5 - 20 - 04_
GWEN MOFFETT
COUNTY CLERK
HENDERSON COUNTY, TEXAS
BY _Evelyn Anderson_
DEPUTY

I, Gwen Moffett, County Clerk in and for Henderson County, Texas, hereby Certify the above to be a true and correct copy as the same .



# ATHENS POLICE DEPARTMENT

## Offense / Incident Report

### GENERAL OFFENSE INFORMATION        Report Type:   Initial Report

| | | | |
|---|---|---|---|
| **Case #** | PD04-01-0067 | **Location** | 202 W SCOTT STREET |
| **File #** | | | ATHENS TX 75751 |
| **Offense** | ALCOHOLIC BEVERAGE IN DRY AREA | | |
| **Incident Status** | CLEARED BY ARREST | **From Date/Time** | 01/15/2004 21:23 |
| **Reporting Officer** | YARBROUGH, DON R. | **To Date/Time** | 01/15/2004 21:23 |
| **Initial Rep. Date** | 01/15/2004 21:23 | **Report Date** | 01/15/2004 00:00 |

### OFFENSE(S)

| | | | |
|---|---|---|---|
| **Bias Type** | | **Bias Motivation** | |
| **If Burglary:** | **Burglary Entry Point** | **Entry Method** | |
| **Offense** | ALCOHOLIC BEVERERAGE DRY AREA M* | | |
| **Statute** | 101.31 | | |
| **Offense Status** | COMPLETED | | |
| **Location** | HIGHWAY/ROAD/ALLEY | | |
| **Computer** | N | **Alcohol** Y | **Drug** N |
| **Weapons** | | | |
| **Criminal Activity** | | | |

### COMPLAINANT

| | | | |
|---|---|---|---|
| **Name** | MORMAN, SGT BRETT | | |
| **Address** | 202 W SCOTT STREET  ATHENS TX 75751 | | **Phone**   -   - |
| **Race** | | **Ethnic** | **Sex** | **DOB** |
| **Height** | | **Weight** | **Hair** | **Eyes** |
| **S.S.N.** | ___-__-____ | **DL & St.** | | |

### VICTIM(S)

| | | | |
|---|---|---|---|
| **Name** | STATE OF TEXAS, | | |
| **Address** | 202 W SCOTT STREET  ATHENS, TX 75751 | | **Phone**   -   - |
| **Race** | | **Ethnic** | **Sex** | **DOB** |
| **Height** | | **Weight** | **Hair** | **Eyes** |
| **S.S.N.** | ___-__-____ | **DL & St.** | | |
| **Type of Victim** | GOVERNMENT | **Victim Of** NONE | **Injury Type** |
| | **If Homicide:** | **Homicide Circumstance** | |

### SUBJECT(S)

| | | | |
|---|---|---|---|
| **Name** | CERRILLO, ADAN HERNANDEZ | | |
| **Address** | 203 1ST  ATHENS, TX 75751 | | **Phone** 903-675-4021 |
| **Race** | W | **Ethnic** H | **Sex** M | **DOB** 8/28/1937 (66) |
| **Height** | 5'04" | **Weight** 160 | **Hair** GRY | **Eyes** BRO |
| **S.S.N.** | ***_**_**** | **DL & St.** ▓▓▓▓▓ | | |
| **Sub. Type** | SUSPECT | | | |
| **Notes** | | | | |

Case No:  PD04-01-0067

## PROPERTY

| Property Type | Consumable Goods | | Loss Type | RECOVERED |
|---|---|---|---|---|
| Description | SEE ATTACHED SHEET | | | |
| Make | | Model | Style | |
| Serial No / VIN | | | | |
| Vehicle Year | | Plate No/ State/ Type | | |
| Loss Date | | Loss Quantity | Loss Value | |
| Rec Date | | Rec Quantity | Rec Value | |
| Drug Type | | Drug Quantity | Drug Value | |

Entered By   MCMILLAN, SHARON K.   _____

Officer       YARBROUGH, DON R.       _____

Supervisor                              _____

1. Police Clearance
Letter

2. Certified
felony / misdemeanor
record.

3. Certified final
court disposition.



VOL        PAGE
0046       234

CAUSE NO. 04-1074CL

THE STATE OF TEXAS                    HENDERSON COUNTY COURT AT LAW

VS.                                   OF HENDERSON COUNTY, TEXAS

CERRILLO, ADAN HERNANDEZ

### JUDGMENT OF PLEA OF GUILTY OR NOLO CONTENDERE BEFORE COURT WAIVER OF JURY TRIAL

DEFENDANT:    CERRILLO, ADAN HERNANDEZ   DATE OF ENTRY:   AUGUST 31, 2004

JUDGE PRESIDING:    D. MATT LIVINGSTON

ATTORNEY FOR STATE: JAMES OWEN/BRENDAN GUY/ JAMES R. PARRISH/
JASON HONEYCUTT

ATTORNEY FOR DEFENDANT:

OFFENSE:  PRIMAFACIE OF INTENT TO SELL ALCOHOLIC BEVERAGES

DATE OF OFFENSE:          04/15/04        CHARGING INSTR:    INFORMATION

DATE OF ARRAIGNMENT:      08/31/04        PLEA:              Guilty

PUNISHMENT & PLACE OF CONFINEMENT:  Jail 0 Years 01 Days

DATE OF SENTENCE:    08/31/04            COSTS:     $240.00

SENTENCE, AMOUNT OF FINE:  $2,000.00
SPECIAL CONDITIONS:

DATE FINE TO BE PAID OR MANNER OF PAYMENT:  6 MONTHS

CREDIT ON SENTENCE:   1 DAY

On this day, set forth above, this cause came for trial and come the State by it's above named attorney, and Defendant appeared in person and by the above named attorney for the Defendant, or, where at Defendant is not Represented by counsel, that the Defendant knowingly, intelligently and voluntarily waived the right to Representation by counsel; and announced ready for trial, the Defendant having been heretofore arraigned, as Shown above, and having agreed that the testimony may be stipulated in this cause and the Defendant, his counsel, and the State's attorney having agreed in writing in open court to waive a jury in the trial of this cause and to submit this cause to the Court, and the Court having agreed the same, the said attorney for the State read the instrument charging the offense as shown, and the Defendant entered the above shown plea thereto; and It appearing to the Court that the Defendant is mentally competent and the plea is free and voluntary, and the Court having duly admonished the Defendant as to the consequences of such plea, including the range of punishment attached to the offense and the fact that any recommendation of the prosecuting attorney as to punishment is not binding on the Court, yet the Defendant persisted in entering such plea, said plea is by the Court received and now entered of record upon the minutes of the Court as the plea herein of said Defendant. And the Court, after having heard all the evidence submitted for the State and the Defendant and argument of counsel is of the opinion and so finds that the said Defendant is guilty of the offense as confessed and set forth above.

IT IS THEREFORE CONSIDERED AND ORDERED BY THE COURT in the presence of the Defendant, that said judgment be and the same is hereby in all things approved and confirmed and that said Defendant is adjudged guilty of the offense set forth above, by the Court ( a jury having been waived in accordance with the law) and that said Defendant is sentenced to a term of imprisonment or fine or both as set forth above, and be delivered by the Sheriff to the Henderson County Jail, State of Texas, or other person legally authorized to receive such convicts for the punishment and execution may issue as necessary.

And the said Defendant is remanded to jail until said Sheriff can obey the directions of this Judgment.

D. Matt Livingston
Judge - County Court at Law

August 31, 2004
Date Signed

NOTICE OF APPEAL _____

APPEAL WITHDRAWN _____

MANDATE RECEIVED _____          FOR IDENTIFICATION

04-1074CL

Aidan Hernandez Cerillo

A dAN CERRIllo
SIGNATURE OF DEFENDANT                            RIGHT THUMB PRINT

FILED FOR RECORD
DATE _____ 31 2004
OWEN MOFFETT, COUNTY CLERK
HENDERSON COUNTY, TEXAS
BY _____
DEPUTY

I, Owen Moffett, County Clerk in and for Henderson County, Texas, hereby Certify the above to be a true



U.S. Department of Homeland Security
8101 Stemmons Freeway
Dallas, Texas 75247

*Numero de consulta 323566*

*CASE #15480*

**U.S. Citizenship
and Immigration
Services**

Date: JAN 31 2007

*DEI Adan Cerrillo*

Refer to File Number: A90 972 240

*PAKA Abogados ReyNA*

Adan Cerrillo
203 1st St.
Athens, TX 75751

*Abogados ReyNA*

## DECISION

On August 1, 2006, you appeared for an examination on your Application for Naturalization, Form N-400, which you filed on June 24, 2004 in accordance with Section 316(a) of the Immigration and Nationality Act, as amended. Pursuant to the examination of your application, it is determined that you are ineligible for naturalization for the following reason(s):

Section 316 of the Immigration and Nationality Act, as amended, states in pertinent part:

    (a) No person, except as otherwise provided in this title, shall be naturalized, unless such applicant,

        (3) during all the periods referred to in this subsection has been and still is a person of good moral character, attached to the principles of the Constitution of the United States, and well disposed to the good order and happiness of the United States.

Title 8, Code of Federal Regulations (CFR), Part 316.10 states in pertinent part:

    (a) Requirement of good moral character during the statutory period.

        (2) In accordance with section 101(f) of the Act, the Service shall evaluate claims of good moral character on a case-by-case basis taking into account the elements enumerated in this section and the standards of the average citizen in the community of residence...

    (b) Finding of a lack of good moral character.

        (3) Unless the applicant establishes extenuating circumstances, the applicant shall be found to lack good moral character if, during the statutory period, the applicant:

CASE # 15480

  (iii) committed unlawful acts that adversely reflect upon the applicant's moral
    character, or was convicted or imprisoned for such acts, although the acts do
    not fall within the purview of §316.10(b) (1) or (2).

USCIS records reveal that on or about January 15, 2004 you were arrested in Athens, TX for Alcoholic
Beverage in Dry Area. A further review shows that on or about April 15, 2004, in Athens, TX, you were
again arrested. You were arrested the second time for Prima-facie of Intent to Sell Alcoholic Beverages. In
both cases you were fond guilty and ordered to pay fines. Your convictions occurred during the statutory
period during which you were required to demonstrate good moral character. This conduct does not
represent the actions of the average citizen in the community.

Based on the foregoing, it is determined that you have not met the requirements for good moral character
under Section 316(a)(3) of the INA and 8 CFR 316.10(a), (b) and (c) as cited above therefore, you are
ineligible for naturalization. Accordingly, your application is denied.

If you desire to request a review hearing on this decision pursuant to Section 336(a) of the Act, you must
file a request for hearing. You must file the request within 30 days of the date of this notice. If no
request for hearing is filed within the time allowed, this decision is final. A request for hearing may be
made to the District Director with the U.S. Citizenship and Immigration Services office that made the
decision. You should file the request with the proper fee on Form N-336, Request for Hearing on a
Decision in Naturalization Proceedings, under Section 336 of the Act. A brief or other written statement
in support of your request may be submitted with the N-336.


Sincerely,


Angela R. Barrows
District Director


Enclosure(s): N -336
CC: PAUL ESQUIVEL



Direct all responses by mail to the office listed below:
**U.S. Citizenship and Immigration Services**
8101 N. Stemmons Frwy
**Dallas, TX 75247**

 

Adan Cerrillo

File No.: A90 972 240

Date: August 1, 2006

Officer: C. BREWER

Examination of your application (N400) shows that additional information, documents or forms are needed before Your application can be acted upon. Please *RETURN THIS LETTER WITH REQUESTED INFORMATION and/or DOCUMENTS by: September 1, 2006*
MAIL THIS TO: USCIS DALLAS DISTRICT
8101 N. Stemmons Frwy
Dallas Tx 75247

*Failure to do so may result in the denial of your application.*

☐ \*PROOF OF YOUR REGISTRATION FOR SELECTIVE SERVICE: EITHER A COPY OF YOUR SELECTIVE SERVICE CARD OR COPY OF YOUR REGISTRATION, OR A PHOTOCOPY OF A LETTER FROM THE SELECTIVE SERVICE STATING THAT YOU HAD ATTEMPTED TO REGISTER. YOU MAY WRITE TO THE REGIONAL OFFICE AT: SELECTIVE SERVICE SYSTEM
P. O. BOX 94738
PALATINE, IL 60094-4738
1-847-688-6888

☐ A **certified copy** of the **Police Criminal/Incident Report (Arrest Report)** and the **Final Court Disposition/Judgment and Conviction** for **all** your arrests, you must also include any letters of release from probation and proof of final payment for any fines associated with any of these arrests.

If the police and/or court have no record of the case, you must provide USCIS with a certified document that states that no information is available on the case. This certified document must state that a Misdemeanor and Felony records ~~check was conducted for the name and date of birth that was used at the time of the arrest. You must obtain the court~~ dispositions from County Court (Magistrate Court), City Court (Municipal Court) and District Court as available. Any ~~submission of a "no record found" document must come from all the aforementioned courts to ensure that a complete search has been made. Any arrest you have had that is not listed below still has to have the required documents~~ submitted.

~~CHARGE: Open Container~~
DATE: January 2004
AGENCY: Athens Police Department

☐ You must provide evidence of all absences from the U.S. from          until the present. It must include the date left the U.S. and the date returned, the destination, and the reason for the trip. The Service is unable to determine your eligibility for citizenship without this information.

☐ POLICE CLEARANCE (S) FROM YOUR LOCAL LAW ENFORCEMENT AGENCY(IES), WITHIN THE JURISDICTION WHERE YOU HAVE RESIDED FOR THE LAST 5 YEARS. IN CASES WHERE YOUR JURISDICTION DOES NOT HAVE A LOCAL POLICE DEPARTMENT, YOU MUST OBTAIN POLICE CLEARANCES FROM THE APPROPRIATE COUNTY SHERIFF OR STATE POLICE.

☐ PROVICE PROOF OF MEMBERSHIP IN YOUR CHUCH AND ITS BELIEFS CONCERNING BEARING ARMS. SUBMIT INFORMATION ON OFFICIAL CHURCH LETTERHEAD STATIONERY.

☐ OTHER:

Form N-14 (REV 9/16/97)





U.S. Citizenship and Immigration Services
8101 North Stemmons Freeway
Dallas, Texas 75247

ADAN CERRILLO HERNANDEZ                    File Number: A 90972240
506 LAUREL ROAD                            Date: June 22, 2007
ATHENS , TX 75751

Please come to the office shown below at the time and place indicated in connection with an official matter.

| OFFICE LOCATION | **Room No.** BUREAU OF CITIZENSHIP & IMMIGRATION SERVICES 3010 N. Stemmons Freeway Dallas, Texas 75247 | Floor No. |
|---|---|---|
| DATE AND HOUR | 7/24/2007 1:45PM | |
| ASK FOR | DISTRICT ADJUDICATIONS OFFICER GHANVEY | |
| REASON FOR APPOINTMENT | YOUR REQUEST FOR A HEARING ON A DECISION IN NATURALIZATION PROCEEDINGS UNDER SECTION 336 OF THE ACT | |
| BRING WITH YOU | ALIEN REGISTRATION CARD, DRIVERS LICENSE AND THIS LETTER PLUS ANY ADDITIONAL INFORMATION YOU WISH TO PRESENT IN SUPPORT OF YOUR APPEAL | |

**IT IS IMPORTANT THAT YOU KEEP THIS APPOINTMENT AND BRING THIS LETTER WITH YOU.**
If you are unable to do so, state your reason, sign below and return this letter to this office at once.

| | |
|---|---|
| SIGNATURE | DATE: |

Very truly yours.

*Angela K Barrows*

Angela K. Barrows
Director
Citizenship & Immigration
Services

Shelley Jeri
1120 Empire Central Place
Dallas, TX 75247

Form G-56
(Rev. 5-1-83) Y



U.S. Department of Homeland Security
8101 N. Stemmons Frwy
Dallas, TX 75247



**U.S. Citizenship
and Immigration
Services**

Date: AUG 0 9 2007

File: A 90 972 240

Adan Cerrillo Hernandez
Reina & Associates, P.C.
1120 Empire Central Place
Dallas, Texas 75247

## DECISION

Pursuant to the investigation and examination of your application, it is determined that you are ineligible for naturalization because you do not meet the requirements of good moral character as described in Section 316(a) of the Immigration and Nationality Act.

The record shows that you filed an Application for Naturalization, Form N-400, on September 8, 2005.  On January 31, 2007, your application was denied for failure to establish eligibility for naturalization in accordance with Title Eight, Code of Federal Regulations, Part 316.10.  Your Request for Hearing on a Decision Naturalization Proceeding Under Section 336 of the Act was filed timely.

On July 24, 2007, you appeared before a duly designated District Adjudications Officer of the Service concerning your request.

According to the record, you filed an Application for Naturalization, Form N-400, on September 8, 2005. During the five-year period in which you must establish good moral character, which began on September 8, 2000, you were arrested and convicted for two (2) offenses.  The following list contains a summary of your arrests according to police reports and conviction documents.

| Conviction Date | Place | Offense | Conviction/Results |
|---|---|---|---|
| 05-15-2004 | Henderson County, Texas | Alcoholic Beverage in Dry Area | 1 day Jail time $1500.00 Fine |
| 8-31-2004 | Henderson County, Texas | Primafacie of Intent to Sell Alcoholic Beverages | 1 day Jail time $2000.00 Fine |

Page 2

Section 316 of the Immigration and Nationality Act, as amended, states in pertinent part:

> (a) No person, except as otherwise provided in this title, shall be naturalized, unless such applicant,

> (3) during all the periods referred to in this subsection has been and still is a person of good moral character, attached to the principles of the Constitution of the United States, and well disposed to the good order and happiness of the United States.

Title Eight, Code of Federal Regulations, Part 316.10 states in pertinent part:

> (a)    Requirement of good moral character during the statutory period.

> (1) An applicant for naturalization bears the burden of demonstrating that, during the statutorily prescribed period, he or she has been and continues to be a person of good moral character. This includes the period between the examination and the administration of the oath of allegiance.

> (2) In accordance with section 101(f) of the Act, the Service shall evaluate claims of good moral character on a case-by-case basis taking into account the elements enumerated in this section and the standards of the average citizen in the community of residence.  The Service is not limited to reviewing the applicant's conduct during the five years immediately preceding the filing of the application, but may take into consideration, as a basis for its determination, the applicant's conduct and acts at any time prior to that period, if the conduct of the applicant during the statutory period does not reflect that there has been reform of character from an earlier period or if the earlier conduct and acts appear relevant to a determination of the applicant's present moral character.

> (b)    Finding of a lack of good moral character.

> (3) Unless the applicant establishes extenuating circumstances, the applicant shall be found to lack good moral character if, during the statutory period, the applicant:

> (iii) committed unlawful acts that adversely reflect upon the applicant's moral character, or was convicted or imprisoned for such acts, although the acts do not fall within the purview of §316.10(b) (1) or (2).

Your convictions, viewed in their totality, do not characterize the standards of the average citizen in the community of residence, reformation of character from an earlier period, nor do they reflect the behavior of a person of good moral character.  Your actions show a disregard for the laws as demonstrated by a finding of guilt for 2 offenses within a five-year period.  You presented letters from several acquaintances asking that consideration be given to you and your application for citizenship, but these letters do not outweigh your actions as demonstrated by your arrest and conviction history.

Your multiple alcohol-related arrests do not represent the conduct of an average citizen in the community.

Page 3

Based on the above information, it has been determined that you do not meet the good moral character requirement of the Act. Therefore, in accordance with Section 316(a) of the Immigration and Nationality Act and 8 CFR 316.10(a) and (b) as cited above, you are ineligible for naturalization. Therefore, your Request for Hearing on a Decision In Naturalization Proceedings Under Section 336 of the Act is denied.

This decision is without prejudice toward the filing of a new application for naturalization in the future, provided you met the requirements of Section 316 of the Act.

If you desire to request a review hearing on this decision pursuant to Section 310(c) of the Immigration and Nationality Act, you must file a petition in the United States District Court having jurisdiction over your residence. The petition must be filed within 120 days from the date of this notice.  If no request for review is filed within the time allowed, this decision is final.

Sincerely,

Tracy Tarango
Field Office Director



March 21, 2007

    I am  Gozafat Romero.  I am  writing this  letter  to verify that Adan Cerrillo donated a contribution of $52 for expenses used in a celebration at  St. Peter Claver church to collect money for the construction of the parking lot of this church.  Also, I want to verify that Mr. Cerrillo is a good  man and I regard  him as a nice  man with good character morals.

    Thank you for your time.   In case of any questions,  please feel free to contact me.   My phone number is (903)533-1742.

Sincerely,

Gozafat Romero
(903)533-1742

By _Gozafat Romero_____   Date _03/29th/07_
    Gozafat Romero

State of: _Texas_____   County of: _Smith_____
Subscribed and sworn to before me this _29_ day of _March, 2007_

Notary Public: _____
Printed  Name: _____ Jason Paul Cathey _____
My Commission expires _5-20-2009_

Notary Seal:

JASON PAUL CATHEY
Notary Public
STATE OF TEXAS
My Comm. Exp. 5-20-2009

March 26, 2007.

To whom it may concern,

    This letter is to verify that I Rogelio Romero knows Adan Cerrillo for the past 10 years. And I can say that he is a very good man. A kind person and I consider him as a person with good character morals. Please if I can help him in anything else let me know or if you need my assistance on anything else let me know.

    Thank you for your time. If you have any questions regarding this letter please call me. My phone number is (903)521-7068.

Sincerely,

Rogelio Romero
(903)521-7068

By _Rogelio Romero_
   Rogelio Romero

Date 3-31-07

State of: TEXAS         County of: Smith
Subscribed and sworn to before me this 31st day of March ,200 7

Notary Public: _____
Printed Name: JASON PAUL CATHEY
My Commission expires 5-20-2009

Notary Seal:



JASON PAUL CATHEY
Notary Public
STATE OF TEXAS
My Comm. Exp. 5-20-2009

# Aztec Auto Body & Mechanic

*Sebastian Sanchez*
*2401 Fort Worth St.*
*Grand Prairie, TX 75050*
*Phone (817) 715-4048*

*March 27, 2007*

*To whom this may concern,*

*I write this letter to inform you of my judgment towards Adan Cerrillo. He has been a family friend for over six years. In my opinion Adan has been a responsible person who always puts others before himself. I understand that he is in the process of receiving his citizenship, and I would like to have you know that he is a reliable and caring person whom should get the chance to become a citizen of this country. With that said, I leave it to you to consider my opinion of Adan when you make your decision. If you have any other question don't hesitate to contact me.*

*Sincerely,*

*Sebastian Sanchez*

 **FARMERS**®

Charles L. Rogers
Insurance and Financial Services Agent
734 E Corsicana St
Athens, TX 75751
Phone: 903-677-6130
Fax: 903-677-6138

March 28, 2007

TO WHOM IT MAY CONCERN:

Adan Cerrillo has been a client of my agency since December of
2004.  I have found Adan to be dependable and trustworthy. He
always makes his payments in a timely manner and responds
appropriately when needed.  If you need any further assistance
please contact me.

Sincerely,

Charles Rogers
Agent/Owner

March 29, 2007 *MC*

To whom this may concern,

I, Marvin Castro, have been acquainted with Adan Cerrillo for approximately a total of nine years. He is a very generous person who has been there to support me in my time of need. Not only has he helped me financially, but also humanely. Mr. Cerrillo has been like a father to me, supporting my decisions and encouraging me to do right. I believe that Mr. Cerrillo deserves to obtain his citizenship of The United States of America. I am sure that he will make an outstanding citizen! If you need any further information, do not bother to call me at (903) 288- 1301.

Sincerely,

Marvin Castro

*Marvin Castro*

March 29, 2007

To whom it may concern,

     I, Claudia Santos, would like to inform you that I have known Adan Cerrillo for about 10 years. He is a law abiding citizen and one of the best citizens in this community. I am a family friend and would like to state that he is a great candidate for the United States citizenship.  If you have any questions in regards to any information on this person, Adan Cerrillo, please feel free to contact me at (903) 275-6817. Thank you.

Sincerely,

Claudia Santos

April 5, 2007


Mrs. J's Plant Farm
Bob & Elfreida Jenkins
PO Box 1126
Athens, TX 75751
1-800-676-7757
Fax# 1-903-675-3269


To Whom It May Concern:

This letter is to inform you that Adam Cerrillo was employed with this company for ten years.

Until the time of his retirement, he always showed up on schedule and on time even on the

weekends. I had no problems with his work and would say that he was a perfect employee during

the time he worked here.  If you need any other information, please feel free to call the number

listed above.


Thank you,


James R. Jenkins

# A-1 AUTO SALES

### 811 W CORSICANA
### ATHENS, TEXAS  75751
### 903-677-1419
### 903-677-3694fx
### email: rideatthey@earthlink.net

March 30, 2007

To Whom it may concern;

   This letter is in reference to Adan Cerrillo address 506 Laurel Rd. Athens, Texas  75751.  I have known Mr. Cerrillo for approx. 6 years.  He has purchased vehicles from us and he also carries his insurance with us.  Mr. Cerrillo always pays his obligations on time and is a very courteous customer.  I have also sold his family and friends vehicles and insurance.  He seems to be very family oriented and seems to have a lot of good community ties.
   Therefore I think Mr. Cerrillo would make a very good US citizen.

Thank you,

Tracy Scruggs, owner

May 28, 2007


Maria Socorro Santos
(903) 275-2699


To whom this may concern:


Adan Cerrillo is a generous man and I have known him all of my life. There are
not any complains that I have ever had throughout our acquaintance. Adan has
been a good, responsible man. There are several of ways in which I could
reassure you of that.


Sincerely,


Maria S. Santos

Maria S. Santos

May 23, 2007

To whom this may concern,

I write this letter to inform you of my judgment towards Adan Cerrillo. He is a great, honest man. Adan is my father and I am very proud of the man that he is. In my opinion Adan has been a responsible person who always puts others before himself. He deserves the chanced to be given his citizenship. He is a great man and I could say the same a thousands times without hesitating. With that said, I leave it to you to consider my opinion of Adan when you make your decision. If you have any other questions contact me.

Sincerely,

Alma D. Cerrillo

CHARLA H. TILL
Notary Public
STATE OF TEXAS
My Comm. Exp. 1-6-2010

Juan Adame
314 Mitchell St.
Athens, TX 75751


To whom this may concern,


Adan Cerrillo is a peaceful person and I have known him for many years. He is a family friend who I owe much too. He has sheltered my family before when our house was taken away from us. He helped me and my family get back in our feet after having a difficult time. He is an incredible person who deserves to be treated with respect and kindness. He will always be someone who I look up to and be grateful to.


Thanks,

Juan Adame

Juan Adame

May 13, 2007

Ana Cerrillo
(903) 477-0969

To whom this may concern,

I write this note to notify you that Adan Cerrillo, who is my father, is a very nice and loving parent. He is the most admirable person that I have met. There is so many things that this man has contributed in. My dad has been a very hard worker and he knows that nothing will be given to him without him putting any effort in to earning it. Same reason why he wants for you to consider his approval of becoming a United States citizen. He as well as the rest of our family are willing to do anything that you ask of him to do in order to become a citizen. Please give him a chance; I believe that he really deserves it.

Sincerely,

Ana. Cerrillo

Ana C. Cerrillo

May 10, 2007

To whom this may concern,

Adan Cerrillo is a very generous person who has been my friend for several of years. I am very thankful to him because he has helped me through some difficult times. When my son was in the hospital I didn't have enough money to pay his doctor bills and Adan donated $200 when everyone turned their backs on me. I will never forget such a kind act. He is a wonderful man and I am pretty sure that I am not the only person that believes so.

Sincerely,

*Ma del Carmen Gonzalez*
Carmela Gonzales
(903) 675-4021

*Sworn Before Me on this*
*23rd day of May 2007*
*At Henderso Co. USA*

```
┌──────────────────────────────┐
│  NOTARY     FLOR BARRIOS RINCON │
│  PUBLIC        Notary Public    │
│   ★          STATE OF TEXAS     │
│ STATE OF   My Comm. Exp. 2-22-2011 │
│  TEXAS                          │
└──────────────────────────────┘
```

*Flor Barrios Rincon*

May 7, 2007

To whom this may concern,

Adan Cerrillo has been a well behaved resident of the United
States. He has always held himself responsible for his actions.
He is willing to do anything that you might ask of him in order
to become a U.S. citizen. To become a citizen is what he has
always wished for. Adan is my father and I know him better than
anyone and I can reassure you that you will have no problems with
him in the future. Please don't hesitate to call me for any
further questions.


Sincerely,

Yessika Cerrillo

Yessika Cerrillo
(903) 264-1262


Sworn Before Me on
This 23rd day of May 2007
At Henderson Co. USA

```
FLOR BARRIOS RINCON
Notary Public
STATE OF TEXAS
My Comm. Exp. 2-22-2011
```

Flor Barrios Rincon

May 12, 2007

Maria Cerrillo
506 Laurel Rd
Athens, TX 75751

To whom this may concern,

I write to tell you about my perspective of Adan Cerrillo. He is a very generous, loving and caring person. He is the one person in which I believe has the greatest impact on my decisions. Although he has made a couple of mistakes, I believe that he deserves to be forgiven. There is no excuse for his breaking the law and we completely understand that. However, Adan has done nothing else to make anyone view him in negative way. Adan Cerrillo is not only the most strong and caring person that I know, he is also my father. I have lived with him ever since my mother died and he has never had an issue in supporting and providing for others. I ask you to please take my opinions of him and keep them in mind when you make your decision.

Sincerely,

*Maria Cerrillo*

Maria Cerrillo

Sworn Before Me on
This 23rd day of May 2007
At Acindise Co. USA

FLOR BARRIOS RINCON
Notary Public
STATE OF TEXAS
My Comm. Exp. 2-22-2011

May 12, 2007

Yolanda Cerrillo
(903) 245- 0153

To whom this may concern,

I write to describe my father Adan Cerrillo. When I think of words to describe him all I
could think of is his honesty, responsibility and wonderful kindnesws that he has
towards others. My dad is a very nice person whom ought to get the chance of
becoming a US citizen after all this years of being a legal resident. He has been the best
parent anyone could possibly have and I admire that in him.  Please consider my
opinion and give him a chance.

Sincerely,

Yolanda Cerrillo

JASON PAUL CATHEY
Notary Public
STATE OF TEXAS
My Comm. Exp. 5-20-2009

15980

May 18, 2007

I am Maria de Jesus Palacio.  I have known Adan Cerrillo for quite a few years and he   is   a responsible person and loving parent.  He has been there for his family and friends in all types of situations.  He helps me with a small contribution of $200 few months ago, when I was going thru a really bad situation.  I understand that he is waiting for an approval to become a U.S.A. Citizen and I would advise you that to accept him as a citizen of this free, unique and amazing county would be no mistake.  Please consider my opinion on your decision.

Sincerely,

Maria de Jesus Palacio.

By _Maria Palacio_____   Date _05-24-07_
  Maria de Jesus Palacio

State of: _TEXAS_____       County of: _Smith_____

Subscribed and sworn to before me this _24TH_ day of _MAY_ , _2007_

Notary Public: _____
Printed  Name: _Jason Paul Cathey_
My Commission expires _5-20-2009_

JASON PAUL CATHEY
Notary Public
STATE OF TEXAS
My Comm. Exp. 5-20-2009

Cristobal Cortez
408 W. Scott St
Athens, TX 75751


May 13, 2007


I am Mr. Cerrillo's close friend who has known him for over six years and I think
that he is a loving parent and responsible man.  He is an extraordinary man who
has been there for his family and friends in all types of situations. He is like no
other person that I have ever met. I understand that he is waiting for an approval
to become a U.S.A. citizen and I would advice you that to accept him as a citizen
of this unique and amazing country would be no mistake. Well, I have shared my
opinions of Adan Cerrillo and I hope that it helps on the final decision. Thank you
for hearing me out.


Thanks,

Cristobal Cortez

May 2, 2007

Domitila Resendiz
214 Tillison St
Athens, TX 75751
(903) 261 1701

I have known Adan Cerrillo for quite a few years. Mr. Cerrillo is a very loyal and responsible person. He puts family before anything else with no exceptions. He is the type of person who will keep his word in any type of situation. If I was to be personally asked to describe Mr. Cerrillo, I would say that he is a very nice man who will support and help anyone in their time of need. Please consider what I have informed you before you choose to label him as either a good or a bad man.

Thank you,

DOMITILA RESENDIZ

Domitila Resendiz

May 7, 2007


Luis Cerrillo


Adan Cerrillo is my dad and he is in the process of becoming a citizen. I am very sure that he will do anything that you ask of him in order to be accepted as a citizen in this very privilege country. He has been a very committed legal resident for over 15 years. He has put a lot of effort into becoming a great man. I understand that there was a bump in his destination to achievement but he has done nothing else that would make him a wrongful person. Please consider my opinion and the facts that I have offered you.


Thank you,


Luis Cerrillo

Luis Cerrillo

May 27, 2007

Genaro Cerrillo
(903) 292 8254

To whom this may concern,

Adan Cerrillo is my father and I am glad to have you know of the type of person that he is. Adan is a very independent man who struggles each day for a better living. He has been very responsible and hard working man. Adan always cares for others as much as for himself. He as been a good resident and is willing to become a better citizen! For further questions, contact me.

Sincerely,

Genaro Cerrillo
(903) 292- 8254

May 10, 2007

To whom this may concern,

Adan Cerrillo is my father and I have no negative opinions of him. He is the most responsible person that I have known within my life. He has been there for me for 43 years and I still appreciate him for not giving up on those he loved and on life. He is an elderly person but he still stands strong and keeps his word. He broke the law in the past and perhaps his reasons will never add up to become an excuse, but he promised to never repeat that mistake and he has kept his word. I believe in him and I would sure appreciate it if you would try to as well.

Sincerely,

Marcial Cerrillo

May 10, 2007

Adan Cerrillo is my father and he is a very honest and hard working man. He has helped others deal with problems emotionally and financially. My father is a strong man who has managed to raise eleven children of his own with nobody else's help. He is the best influence that I could ever have. He is a very honorable man and I believe that he should get the chance to become a US citizen. Please take my opinions of my father and consider them on your decision making.

Sincerely,

Adan C.

Adan Cerrillo Jr.
(903) 288-1550



# Diocese of Tyler
# St. Jude Catholic Church

172 Luther Lane
Gun Barrel City, Texas  75156
903.887.1452  -  Fax 903.887.4906

Parish Priest
Fr. Francis O'Dowd

June 5, 2007

To Whom It May Concern:

I hereby acknowledge that Adan Cerillo is a member of St. Jude Catholic Church.  This is confirmed by me with the acknowledgement of Fr. Raymundo Garcia and others in our parish that Adan regularly attends Mass on Sunday here at St. Jude.

Sincerely yours,

Fr. Francis O'Dowd, P.P.

Cc: Fr. Raymundo Garcia

JS 44
(Rev. 3/99)

# CIVIL COVER SHEET

**307 CV 2041 - G**

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

Cerrillo-Hernandez, Adan

**ORIGINAL**

## DEFENDANTS

Michael Chertoff, Secretary,
Department of Homeland Security
U.S. Citizenship & Immigration Services
Angela Barrows, District Director

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF __Henderson__
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**RECEIVED**

**DEC - 6 2007**

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Joseph Reina
Reina & Bates Immigration Law Group
1120 Empire Central Place
Dallas, Texas 75247  (214) 905-9100

ATTORNEYS (IF KNOWN)

Hon. Richard B. Roper
U.S. Attorney, Northern District of Texas
1100 Commerce St.   Ste. 300
Dallas, Texas 75242-1699

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

## II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)

☐ 1 U.S. Government
   Plaintiff

☐ 3 Federal Question
   (U.S. Government Not a Party)

☒ 2 U.S. Government
   Defendant

☐ 4 Diversity
   (Indicate Citizenship of Parties
   in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF
(For Diversity Cases Only)                                       AND ONE BOX FOR DEFENDANT)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

### CONTRACT

☐ 110 Insurance
☐ 120 Marine
☐ 130 Miller Act
☐ 140 Negotiable Instrument
☐ 150 Recovery of Overpayment
   & Enforcement of Judgment
☐ 151 Medicare Act
☐ 152 Recovery of Defaulted
   Student Loans
   (Excl. Veterans)
☐ 153 Recovery of Overpayment
   of Veteran's Benefits
☐ 160 Stockholders' Suits
☐ 190 Other Contract
☐ 195 Contract Product Liability

### REAL PROPERTY

☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

### TORTS

**PERSONAL INJURY**
☐ 310 Airplane
☐ 315 Airplane Product
   Liability
☐ 320 Assault, Libel &
   Slander
☐ 330 Federal Employers'
   Liability
☐ 340 Marine
☐ 345 Marine Product
   Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle
   Product Liability
☐ 360 Other Personal Injury

**PERSONAL INJURY**
☐ 362 Personal Injury —
   Med. Malpractice
☐ 365 Personal Injury —
   Product Liability
☐ 368 Asbestos Personal
   Injury Product Liability

**PERSONAL PROPERTY**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal
   Property Damage
☐ 385 Property Damage
   Product Liability

### CIVIL RIGHTS

☐ 441 Voting
☐ 442 Employment
☐ 443 Housing/
   Accommodations
☐ 444 Welfare
☐ 440 Other Civil Rights

### PRISONER PETITIONS

☐ 510 Motions to Vacate
   Sentence
**HABEAS CORPUS:**
☐ 530 General
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

### FORFEITURE/PENALTY

☐ 610 Agriculture
☐ 620 Other Food & Drug
☐ 625 Drug Related Seizure
   of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 R.R. & Truck
☐ 650 Airline Regs.
☐ 660 Occupational
   Safety/Health
☐ 690 Other

### LABOR

☐ 710 Fair Labor Standards
   Act
☐ 720 Labor/Mgmt. Relations
☐ 730 Labor/Mgmt. Reporting
   & Disclosure Act
☐ 740 Railway Labor Act
☐ 790 Other Labor Litigation
☐ 791 Empl. Ret. Inc.
   Security Act

### BANKRUPTCY

☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal
   28 USC 157

### PROPERTY RIGHTS

☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

### SOCIAL SECURITY

☐ 861 HIA (1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g))
☐ 864 SSID Title XVI
☐ 865 RSI (405(g))

### FEDERAL TAX SUITS

☐ 870 Taxes (U.S. Plaintiff
   or Defendant)
☐ 871 IRS — Third Party
   26 USC 7609

### OTHER STATUTES

☐ 400 State Reapportionment
☐ 410 Antitrust
☐ 430 Banks and Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation
☐ 470 Racketeer Influenced and
   Corrupt Organizations
☐ 810 Selective Service
☐ 850 Securities/Commodities/
   Exchange
☐ 875 Customer Challenge
   12 USC 3410
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 895 Freedom of
   Information Act
☐ 900 Appeal of Fee Determination
   Under Equal Access to Justice
☐ 950 Constitutionality of
   State Statutes
☒ 890 Other Statutory Actions

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

☒ 1 Original
   Proceeding

☐ 2 Removed from
   State Court

☐ 3 Remanded from
   Appellate Court

☐ 4 Reinstated or
   Reopened

☐ 5 Transferred from
   another district
   (specify)

☐ 6 Multidistrict
   Litigation

☐ 7 Appeal to District
   Judge from
   Magistrate
   Judgment

## VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

Action for review of denial of naturalization under Section 310 (c) of the
Immigration and Nationality Act (8 U.S.C. § 1421 (c) ).

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A **CLASS ACTION**
   UNDER F.R.C.P. 23

**DEMAND $**

Attorney fees

CHECK YES only if demanded in complaint:

**JURY DEMAND:**   ☐ YES   ☐ NO

## VIII. RELATED CASE(S) (See instructions):
IF ANY

JUDGE _____

DOCKET NUMBER _____

DATE

12/06/07

SIGNATURE OF ATTORNEY OF RECORD

FOR OFFICE USE ONLY

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____